UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUAN CARLOS BATISTA,
                               Plaintiff,

    -v-

YITZCHECK HOROWITZ, DANIEL
GOLDSTEIN, LEIBEL LEDERMAN, ARYEH
Z. GINZBERG, IRVING LANGER, E&M
ASSOCIATES LLC, 22 PEARSALL, LLC, 295
WEST 150 LGL ASSOCIATES L.P., STAFFPRO,
INC., STAFFLGL, LLC,
                               Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/18

17 CIVIL 8394 (KBF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 27, 2018, the Court APPROVES the proposed settlement at ECF No. 26. Counsel for plaintiff is to receive one-third of the combined recovery (after costs). Plaintiff shall receive the remainder; accordingly, the case is closed.

**Dated:** New York, New York
          July 31, 2018

                                                                    **RUBY J. KRAJICK**
                                                                       Clerk of Court
                                        BY:
                                                                         */s/ K. Mango*
                                                                         **Deputy Clerk**